CLARENCE WINTERS v. THE STATE.

No. 21132. Delivered June 12, 1940.

The opinion states the case.

*Earl Shelton*, of Austin, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for aggravated assault, punishment assessed being sixty days in jail.

The indictment properly charges the offense. No statement of facts or bills of exception are brought forward. The only complaint is at the refusal of two requested charges, and some exceptions to the instructions of the court to the jury. In the absence of the facts we are not able to appraise any of the matters brought forward in the manner indicated.

The judgment is affirmed.